Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV 01-02825-CBM  (SH)          Date July 2, 2001

Title   Danny M. Wells v. The L.A. California Police Dept, et a.,

==============================================================
DOCKET ENTRY
==============================================================

PRESENT:

          Hon. STEPHEN J. HILLMAN, MAGISTRATE JUDGE

| Sandra Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                                           N/A

PROCEEDINGS: (IN CHAMBERS)

The Court is in receipt of plaintiff's Motion for Issuance of Subpoenas by the Court Upon Defendants, with a hearing date of July 9, 2001 at 2:00 p.m.

This hearing date is hereby vacated. The case is in the process of being transferred to Magistrate Judge Olguin.

                                              Initials of Deputy Clerk

c:   Judge Hillman
     Parties of Record

JUL 0 3 2001

ENTERED ON ICMS
G-7/3/01