FILED
CLERK, U.S. DISTRICT COURT

NOV -6 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. WELLS, | NO. CV 01-2825 CBM (FMO) |
| Plaintiff, | ORDER Re: PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENAS AND FURTHER PROCEEDINGS |
| v. | |
| LOS ANGELES POLICE DEPARTMENT, et al., | |
| Defendants. | |

ENTERED ON ICMS
NOV 7 2001
CV

The court has considered all the briefing filed with respect to plaintiff's Motion for Issuance of Subpoenas and concludes as follows. It appears that the parties did not engage in any meaningful meet and confer as required by Local Rule 37-1. Also, because plaintiff served subpoenas on defendants,[1] instead of document requests pursuant to Fed. R. Civ. P. 34, defendants' objections to the requests were not specific enough. In addition, it appears that plaintiff's subpoenas are invalid because they were not served by a non-party. Fed. R. Civ. P. 45(b)(1). In an effort to move this matter forward, the court will construe the subpoenas as

---

[1] The purpose of a subpoena duces tecum is to command *non parties* to produce documents for inspection and copying. Requests for documents from a party in a lawsuit should be done pursuant to a request for production of documents under Rule 34 of the Federal Rules of Civil Procedure.

plaintiff's First Request for Production of Documents and direct the parties to comply with the following procedure to address plaintiff's discovery requests.

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff's Motion for Issuance of Subpoena **(Doc. #14-1)** is **denied**.

2. Plaintiff's subpoenas shall be construed as plaintiff's First Request for Production of Documents. The document requests shall be numbered consecutively from one (1) to thirteen (13) as set forth on pages 1-3 of plaintiff's Motion for Issuance of Subpoenas.

3. Defendants shall serve plaintiff with their response to plaintiff's First Request for Production of Documents no later than **November 19, 2001**. All objections to plaintiff's document requests must be specific and complete. Defendants may not invoke generalized objections. Defendants must produce a privilege log if they intend to withhold documents on the basis of any privilege. In responding to the requests, defendants may simply indicate that a particular request is "not applicable," if the request is directed to another defendant.

4. If plaintiff is not satisfied with defendants' response to his First Request for Production of Documents, then he must initiate a meaningful meet and confer process as set forth in Local Rule 37-1 before filing a motion to compel. Failure to participate in the meet and confer process may result in the denial of the motion and/or the imposition of sanctions. Local Rule 37-4.

5. If the parties are unable to resolve their differences with respect to plaintiff's First Request for Production of Documents, then plaintiff may file and serve a motion to compel. The court will waive the Local Rule 37-2 Joint Discovery Stipulation requirement in this particular instance. After receiving plaintiff's motion, the court will set a briefing schedule and a hearing date, if the court determines that oral argument would be helpful. The parties' papers must describe in detail and include copies of any letters which reflect the meet and confer process.

6. If the parties have not already done so, they are hereby **ordered** to exchange the initial disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure no later than **November 19, 2001**.

7. The Court's Order of April 24, 2001, is amended as follows. The discovery cut-off is hereby extended from November 23, 2001 to **February 24, 2002**. The motion cut-off is hereby

2

1 | extended from December 26, 2001 to **March 26, 2002**. Except as stated herein, the parties shall
2 | comply with all other requirements of the Court's Order of April 24, 2001.
3 |     IT IS SO ORDERED.
4 | Dated this 6th day of November, 2001.

                                                */s/ Fernando M. Olguin*
                                                Fernando M. Olguin
                                            United States Magistrate Judge